**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tanya Stevens Cohen <br> <u>Debtor(s)</u> | BKY. NO. 15-04956 MDF <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: BAC)

                                              Respectfully submitted,

                                              **/s/ Thomas Puleo**
                                              Thomas Puleo, Esquire
                                              James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406
                                              Attorney for Movant/Applicant