PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-2758.NF

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re                                                           Bk. No. 1:15-bk-04956-MDF

Tanya Stevens Cohen
Dba White Rose Vend Food,                           Chapter 13

     Debtor.
_____/

**REQUEST FOR SPECIAL NOTICE**

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Carrington Mortgage Services, LLC, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 1564 West Philadelphia Street, York, Pennsylvania 17404 (Loan No. XXXX9372), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: January 4, 2017        By /s/ Dean R. Prober
                                       DEAN R. PROBER, ESQ., CA BAR # 106207
                                       As Agent for Claimant

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 01/06/2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Tanya Stevens Cohen
1564 W. Philadelphia Street
York, PA 17404
Debtor

Steven M Carr, Esquire
Ream, Carr, Markey & Woloshin LLP
119 East Market Street
York, PA 17401
Attorney for Debtor

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 01/06/2017, at Woodland Hills, California.

/s/ Marine Gaboyan

2