```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                           Case No. 15-04956-MDF
Tanya Stevens Cohen                                              Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AGarner            Page 1 of 1            Date Rcvd: Jan 11, 2017
                               Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.
4771846         BANK OF AMERICA, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Joshua I Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven M. Carr    on behalf of Debtor Tanya Stevens Cohen stevecarr8@comcast.net,
               njdodson@comcast.net
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04956-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

Tanya Stevens Cohen
1564 W. Philadelphia Street
York PA 17404

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 10: BANK OF AMERICA, N.A., P.O. Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/13/17

Terrence S. Miller
**CLERK OF THE COURT**