UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE:<br><br>Tanya Stevens Cohen<br>dba White Rose Vend Food<br>        Debtor | CHAPTER 13<br><br>CASE NO.: 15-04956-HWV |

NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Carrington Mortgage Services, LLC ("Carrington"), secured creditor to the above entitled Debtor by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

        Michael J. Shavel, Esquire
        Hill Wallack LLP
        777 Township Line Road, Suite 250
        Yardley, PA 19067
        Telephone: (215)579-7700
        Facsimile: (215)579-9248
        Email: mshavel@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Carrington's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions,

defenses, setoffs, or recoupments to which Carrington Mortgage Services, LLC, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 4, 2020						Hill Wallack LLP

							By: */s/ Michael J. Shavel*
								Michael J. Shavel, Esquire
								777 Township Line Rd, Suite 250
								Yardley, PA 19067
								Telephone: (215)579-7700
								Facsimile: (215)579-9248
								Email: mshavel@hillwallack.com

								Carrington Mortgage Services, LLC
								Matter No. 17511-1847