UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                  : NO. 1-15-04956
    Tanya Stevens Cohen             :
                                        :
                                        :
        Debtor                  : Chapter 13

## AMENDED MOTION TO SUSPEND PAYMENTS

AND NOW, come the Debtor, by his attorney, Steven M. Carr, Trustee, and files this Motion, of which the following is a statement:

1. Movant is the Debtor in the above-referenced case.

2. Debtor's Plan provides that debtor pay the sum of $582.50 per month. Debtor has made payments and has 7 monthly payments remaining.

3. Debtor requests that his payments be suspended for three months because of economic loss due to the pandemic.

4. Debtor believes that he is capable of completing the Plan payments after the suspension period.

5. Trustee, Charles J. DeHart III, has informed Debtors' counsel that he concurs to this Motion to Suspend Payments.

WHEREFORE, Debtors pray that this Honorable Court to enter an Order suspending the payments for the months of May, June, and July 2020 and permitting the Debtor to make the three

payments totaling $1747.50 in a lump sum at the end of the Chapter 13 plan.

>Ream, Carr, Markey, Woloshin & Hunter LLP
>
>/S/ Steven M. Carr
>Steven M. Carr, Esquire
>Attorney for Debtor
>119 East Market Street
>York, PA 17401
>(717) 843-8968
>I.D. #34336

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : NO. 1-15-04956
    Tanya Stevens Cohen :
:
:
    Debtor : Chapter 13

CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following addresses:

Office of the U.S. Trustee

Charles DeHart, Esq.
Chapter 13 Trustee


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants at the following addresses:

                                                                        Ream, Carr, Markey, Woloshin & Hunter LLP

                                                                        /S/ Steven M. Carr
                                                                        Steven M. Carr, Esquire
                                                                        Attorney for Debtor
                                                                        119 East Market Street
                                                                        York, PA 17401
                                                                        (717) 843-8968
                                                                        I.D. #34336

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 1-15-04956 |
| Tanya Stevens Cohen | : |
| | : |
| | : |
| Debtor | : Chapter 13 |

CERTIFICATE OF CONCURRENCE

I hereby certify that Charles DeHart, Trustee has concurred with this Motion.

Ream, Carr, Markey Woloshin & Hunter LLP

/S/ Steven M. Carr
Steven M. Carr, Esquire
Attorney for Debtor
119 East Market Street
York, PA 17401
(717) 843-8968
I.D. #34336