In re:                                                          Case No. 15-04956-HWV
Tanya Stevens Cohen                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke        Page 1 of 1          Date Rcvd: May 26, 2020
                             Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db              +Tanya Stevens Cohen,    1564 W. Philadelphia Street,    York, PA 17404-5316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. josh.goldman@padgettlawgroup.com,
           bkgroup@kmllawgroup.com
          Michael Joshua Shavel    on behalf of Creditor    Carrington Mortgage Services, LLC
           mshavel@hillwallack.com,   skenny@hillwallack.com;lharkins@hillwallack.com
          Steven M. Carr    on behalf of Debtor 1 Tanya Stevens Cohen stevecarr8@comcast.net,
           njdodson@comcast.net
          Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    : NO. 1-15-04956
    Tanya Stevens Cohen                 :
                                 :
                                 :
                Debtor             : Chapter 13

## ORDER

Upon consideration of the Debtors' Motion, and the chapter 13 Trustee having concurred, it is hereby

ORDERED that the Debtor's Chapter 13 plan payments for the months of May, June, and July 2020 are suspended. Debtor shall pay the three suspended payments totaling $1747.50 in a lump sum at the end of the Chapter 13 plan.

Dated: May 26, 2020           By the Court,

                                      *Henry W. Van Eck*

                            Henry W. Van Eck, Chief Bankruptcy Judge [LS]