# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    TANYA STEVENS COHEN                            Case No.: 1-15-04956-HWV

                                                      Chapter 13

             Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | CARRINGTON MORTGAGE SERVICES, LLC |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 9372/PRE ARREARS/1564 W PHILADELPHIA ST |
| Property Address if applicable: | 1564 W. PHILADELPHIA STREET, , YORK, PA17404 |

**PART 2:**                       **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $121.75 |
| b. | Prepetition arrearages paid by the Trustee: | $121.75 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $121.75 |

**PART 3:**                       **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                       **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 22, 2020 	Respectfully submitted,

        s/ Charles J. DeHart, III, Trustee
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA  17036
        Phone:  (717) 566-6097
        Fax:  (717) 566-8313
        eMail:  dehartstaff@pamd13trustee.com

Creditor Name: CARRINGTON MORTGAGE SERVICES, LLC
Court Claim Number: 10

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200  | 1149396 | 06/14/2016 | $121.75 | $0.00 | $121.75 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

TANYA STEVENS COHEN   Case No.: 1-15-04956-HWV
                     Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 22, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEVEN M. CARR, ESQUIRE<br>119 EAST MARKET STREET<br>YORK PA,  17402- | SERVED ELECTRONICALLY |
| CARRINGTON MORTGAGE SERVICES, LLC<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA,  92806 | SERVED BY 1ST CLASS MAIL |
| TANYA STEVENS COHEN<br>1564 W. PHILADELPHIA STREET<br>YORK, PA  17404 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 22, 2020

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail: dehartstaff@pamd13trustee.com