United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                     Case No. 15-04956-HWV

Tanya Stevens Cohen                                                  Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1                                           User: AutoDocke                                          Page 1 of 2

Date Rcvd: Dec 15, 2020                                 Form ID: fnldec                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

**Recip ID              Recipient Name and Address**
db                       +    Tanya Stevens Cohen, 1564 W. Philadelphia Street, York, PA 17404-5316

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020                              Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Joshua I Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Kaitlin Shire | on behalf of Creditor Carrington Mortgage Services LLC kshire@hillwallack.com, skenny@HillWallack.com;lharkins@hillwallack.com |
| Michael Joshua Shavel | on behalf of Creditor Carrington Mortgage Services LLC mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |
| Steven M. Carr | on behalf of Debtor 1 Tanya Stevens Cohen stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |

Thomas I Puleo          on behalf of Creditor BANK OF AMERICA N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee          ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Tanya Stevens Cohen,<br>dba White Rose Vend Food, | Chapter 13 |
| **Debtor 1** | Case No. 1:15−bk−04956−HWV |

Social Security No.:
                xxx−xx−8166

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

                **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 15, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (10/20)